```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :   25cv4660(DLC)
YVES SAINT LAURENT, S.A.S., et al.,  :
                                     :        ORDER
                         Plaintiffs, :
            -v-                      :
                                     :
IN THE KNOW HOLDING COMPANY, LLC,    :
                                     :
                         Defendant.  :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

This action was filed on June 4, 2025 against defendant In The Know Holding Company, LLC. On July 1, the plaintiffs filed an affidavit of service reflecting that the defendant had been served through the office of the Secretary of State of New York. The defendant's deadline to answer or otherwise respond to the complaint was July 17. Counsel for the defendant has not appeared, and the defendant has not responded to the complaint. Accordingly, it is hereby

ORDERED that the plaintiffs shall file a letter no longer than two (2) pages by **July 28, 2025** explaining their basis to believe that service on the Secretary of State of New York is effective service on the defendant.

Dated:   New York, New York
         July 22, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge