UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :        25cv4660(DLC)
YVES SAINT LAURENT, S.A.S., et al.,    :
                                       :           ORDER
                        Plaintiffs,    :
            -v-                        :
                                       :
IN THE KNOW HOLDING COMPANY, LLC,      :
                                       :
                        Defendant.     :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

It appears from the plaintiffs' letter of July 23, 2025
that they agreed to extend the defendant's time to answer
without seeking permission from the Court.  It is hereby

ORDERED that the defendant's deadline to answer or
otherwise respond to the complaint is **August 18, 2025.**

IT IS FURTHER ORDERED that, if the defendant fails to
respond to the complaint by August 18, the plaintiffs shall by
**August 22, 2025** file a motion for default judgment.  Counsel
shall review this Court's Individual Practices in Civil Cases
regarding default judgment submissions.

IT IS FURTHER ORDERED that the plaintiffs shall by **August
26, 2025** serve the motion for default judgment papers on the
defendant, via the email address referenced in the plaintiffs'
July 23 letter, and file proof of such service on ECF.

IT IS FURTHER ORDERED that a default judgment hearing will
be held on **August 29, 2025** at **2:30 p.m.** in Courtroom 18B, 500

Pearl Street, New York, New York.   Failure of the defaulting defendant to appear will result in entry of a default or a default judgment.

IT IS FURTHER ORDERED that the plaintiffs shall promptly serve this Order on the defendant via the email address referenced in the plaintiffs' July 23 letter and file proof of such service on ECF no later than **July 25, 2025.**

Dated:    New York, New York
          July 23, 2025

                              _____
                              DENISE COTE
                        United States District Judge

2