```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    25cv4660(DLC)
YVES SAINT LAURENT, S.A.S., et al.,      :
                                         :         ORDER
                         Plaintiffs,     :
            -v-                          :
                                         :
IN THE KNOW HOLDING COMPANY, LLC,        :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The defendant having appeared before the Court and having filed an answer to the complaint on August 18, 2025, it is hereby

ORDERED that the the default judgment hearing set for August 29, 2025 is cancelled. The initial pretrial conference remains set for **August 21, 2025**.

Dated:   New York, New York
         August 19, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge